Sam J. MORRIS v. STATE.

6 Div. 623.

Court of Appeals of Alabama.
Dec. 18, 1934.

RICE, Judge.
Affirmed.

Jim MORRISON v. STATE.

8 Div. 146.

Court of Appeals of Alabama.
Feb. 5, 1935.

BRICKEN, Presiding Judge.
Affirmed.

MOSKIN'S STORES, Inc., v. Jessie Mae
ISRAEL, pro ami.

6 Div. 603.

Court of Appeals of Alabama.
March 20, 1934.

Wm. A. Jacobs, of Birmingham, for appellant.

Geo. R. Carter and Leigh Clark, both of Birmingham, for appellee.

BRICKEN, Presiding Judge.
Appeal dismissed by consent of parties.

Raymond MOTES and Donald Martin v.
STATE.

8 Div. 140.

Court of Appeals of Alabama.
June 4, 1935.

RICE, Judge.
Affirmed.

S. B. MURPHY v. INTERNATIONAL AGRI-
CULTURAL CORP.

8 Div. 972.

Court of Appeals of Alabama.
Oct. 31, 1935.

W. L. Almon, of Florence, for appellant.

Fred S. Parnell and R. T. Simpson, both of Florence, for appellee.

PER CURIAM.
Appeal dismissed for want of prosecution.